No. 696. Beck *v.* Ohio. Supreme Court of Ohio. Certiorari granted. *Jay B. White* for petitioner. *Richard F. Matia* for respondent. *Bernard A. Berkman* and *Jack G. Day* for Ohio Civil Liberties Union, as *amicus curiae,* in support of the petition.

No. 707. Brulotte et al. *v.* Thys Company. The petition for writ of certiorari to the Supreme Court of Washington is granted limited to Questions 1 and 2 presented by the petition which read as follows:

"1. Whether it is a misuse to include in a license agreement a provision which perpetuates the monopoly of a licensed patent by a requirement that royalties be paid for the use of the invention after the patent has expired and the invention had been dedicated to the public.

"2. Whether it is a misuse or an antitrust violation to include in a license agreement a provision which extends the monopoly of a patent to unpatented subject matter by a provision which requires the payment of post-expiration royalties."

*Edward S. Irons* for petitioners. *George W. Wilkins* for respondent.

No. 612. Addison et al. *v.* United States. C. A. 5th Cir. Certiorari denied. *James L. Guilmartin, Fuller Warren* and *Stanley Jay Bartel* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.